B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lyon Workspace Products, L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4399222** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**420 N. Main Street**<br>**Montgomery, IL**<br>ZIP Code **60538** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 671**<br>**Aurora, IL**<br>ZIP Code **60507-0671** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Lyon Workspace Products, L"L"C"** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lyon Workspace Products, L'L'C"** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X   /s/ Daniel A. Zazove**
Signature of Attorney for Debtor(s)

**Daniel A. Zazove**
Printed Name of Attorney for Debtor(s)

**PERKINS COIE LLP**
Firm Name

**131 S DEARBORN ST STE 1700**
**CHICAGO, IL 60603-5559**

Address

**Email: DZazove@perkinscoie.com**
**312.324.8605  Fax: 312.324.9605**
Telephone Number

**January 19, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X   /s/ Robert Wanat**
Signature of Authorized Individual

**Robert Wanat**
Printed Name of Authorized Individual

**Chief Restructuring Officer**
Title of Authorized Individual

**January 19, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re   **Lyon Workspace Products, L.L.C.**                    ,   Case No. _____
                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Durand Products, L.L.C.**<br>**NDIL** | **Affiliate** | **01/19/13** |
| **Lyon Workspace Products, Inc.**<br>**NDIL** | **Affiliate** | **01/19/13** |
| **Pride Metals, L.L.C.**<br>**NDIL** | **Affiliate** | **01/19/13** |
| **Miller Global Solutions, L.L.C.**<br>**NDIL** | **Affiliate** | **01/19/13** |
| **Paris Metal Products, L.L.C.**<br>**NDIL** | **Affiliate** | **01/19/13** |
| **Sycamore Systems, L.L.C.**<br>**NDIL** | **Affiliate** | **01/19/13** |
| **L&D Group, Inc.**<br>**NDIL** | **Affiliate** | **01/19/13** |

# UNANIMOUS WRITTEN CONSENT
# OF
# THE BOARD OF DIRECTORS
# OF
# L & D GROUP, INC

November 1, 2012

The undersigned, being a majority of the members of the Board of Directors and all Voting Shareholders of L & D Group, Inc., a Delaware corporation (the "Corporation"), hereby adopt, and consent to the adoption of, the following resolutions:

**WHEREAS**, the Board of Directors of the Corporation has considered (i) the liabilities of the Corporation, (ii) the defaults of the Borrowers under the Credit Agreement dated November 30, 2007 (as amended, modified or supplemented from time to time) between and among Capital One Leverage Finance Corp. ("Capital One") as Agent and Lender, Cole Taylor Bank as Lender, the Corporation's wholly owned subsidiary, Lyon Workspace Products, L.L.C. ("Lyon") and Lyon's wholly owned subsidiaries Pride Metals, L.L.C., Sycamore Systems, L.L.C., Paris Metal Products, L.L.C. and Durand Products, L.L.C. as Borrowers and the Corporation and its wholly owned subsidiaries Miller Global Solutions, L.L.C. and Lyon Workspace Products, Inc. as Guarantors (the "Credit Agreement); (iii) the Corporation's negotiations with Capital One under the Loan Documents, (iv) the strategic alternatives available to the Corporation, and (v) the impact of the foregoing on the Corporation's business.

**WHEREAS**, the Board of Directors of the Corporation has had the opportunity to consult with the management of the Corporation and its legal, financial and other advisors and fully consider each of the strategic alternatives available to the Corporation.

**WHEREAS**, the Corporation is the managing member of Lyon and Miller Global Solutions, L.L.C. and the sole shareholder of Lyon Workspace Products, Inc. and, thus, the Board of Directors of the Corporation has the authority to direct the activities of Lyon, Miller Global Solutions, L.L.C. and Lyon Workspace Products, Inc.

**WHEREAS**, the Lyon is the managing member of Pride Metals, L.L.C., Sycamore Systems, L.L.C., Paris Metal Products, L.L.C. and Durand Products, L.L.C. and, thus, the Board of Directors of the Corporation, through Lyon, has the authority to direct the activities of Pride Metals, L.L.C., Sycamore Systems, L.L.C., Paris Metal Products, L.L.C. and Durand Products, L.L.C.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, its creditors, shareholders, and other parties in interest, that the appropriate officers of the Corporation (collectively, the "Officers"), take any and all actions

necessary to cause the Corporation its wholly owned subsidiaries to file for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Action");

**RESOLVED FURTHER**, that the Officers of the Corporation, or any one of them, in connection with the Bankruptcy Action, are authorized to execute and file (or direct others to do so on their behalf as provided herein) on behalf of the Corporation all necessary documents, including, without limitations, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers or documents, and to take any and all action that they deem necessary or proper to obtain the relief described herein;

**RESOLVED FURTHER**, that the Officers of the Corporation may employ and retain all assistance by legal counsel, including Perkins Coie LLP, accountants or other professionals and may take any and all action which they deem necessary and proper in connection with the Bankruptcy Action;

**RESOLVED FURTHER**, that each of the Officers be, and hereby is, authorized and empowered to execute and deliver any amendments, amendments and restatements, supplements, modifications, renewals, replacements, consolidations, substitutions and extensions of the Loan Documents, including forbearance agreements with respect to defaults under the Loan Documents, in connection with the Bankruptcy Action which shall in their sole judgment be necessary, proper or advisable;

**RESOLVED FURTHER**, that the appropriate officers of the Corporation, or any one or more of them, hereby are authorized, empowered and directed to take all steps and authorize to be done all acts and things as may be necessary, advisable, convenient or proper for the purpose of carrying out the intent and purpose of the foregoing resolutions and the Bankruptcy Action and all such prior actions taken by such officers are hereby confirmed, ratified and approved.

**RESOLVED FURTHER**, that the appropriate officers of the wholly owned subsidiaries of the Corporation (and those subsidiaries' subsidiaries) (collectively, the "Affiliated Companies") may take any and all actions necessary to cause the Affiliated Companies to likewise file for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Action").

*[Signature Page to Follow]*

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent of the majority of the Board of Directors of the Corporation and Unanimous Written Consent of all the Voting Shareholders of the Corporation as of the date first written above.

DIRECTORS/SHAREHOLDERS:

_____
R. Peter Washington,
Director/Shareholder

_____
Margaret C. Ciszewski,
Director/Shareholder

_____
Matthew P. Washington,
Director/Shareholder

_____
Christopher J. Washington,
Director/Shareholder

Case 13-02100    Doc 1    Filed 01/19/13    Entered 01/19/13 08:28:01    Desc Main
                          Document      Page 7 of 9

UNANIMOUS WRITTEN CONSENT
OF
THE BOARD OF DIRECTORS
OF
L & D GROUP, INC

January 18, 2013

The undersigned, being a majority of the members of the Board of Directors of L & D Group, Inc., a Delaware corporation (the "Corporation"), hereby adopt, and consent to the adoption of, the following resolutions:

**WHEREAS**, the Corporation is the managing member of Lyon Workspace Products, LLC ("Lyon") and Miller Global Solutions, L.L.C. and the sole shareholder of Lyon Workspace Products, Inc. and, thus, the Board of Directors of the Corporation has the authority to direct the activities of Lyon, Miller Global Solutions, L.L.C. and Lyon Workspace Products, Inc.

**WHEREAS**, Lyon is the managing member of Pride Metals, L.L.C., Sycamore Systems, L.L.C., Paris Metal Products, L.L.C. and Durand Products, L.L.C. and, thus, the Board of Directors of the Corporation, through Lyon, has the authority to direct the activities of Pride Metals, L.L.C., Sycamore Systems, L.L.C., Paris Metal Products, L.L.C. and Durand Products, L.L.C.

**WHEREAS**, on November 1, 2012, the Board of Directors of the Corporation consented and resolved to take any action necessary to cause the Corporation and its wholly owned subsidiaries to file for protection under chapter 11 of title 11 of the United States Code.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that Officers of the Corporation and its subsidiaries are authorized and directed to employ personnel from the firm of Focus Management Group USA, Inc. to assist the Officers and the Corporation and its subsidiaries in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Officers are hereby authorized and directed to execute appropriate retention and employment agreements, and pay compensation to such personnel in accordance with such agreements;

**RESOLVED FURTHER**, that Robert Wanat is hereby appointed as the Corporation's and its subsidiaries' Chief Restructuring Officer;

**RESOLVED FURTHER**, that the Officers are authorized and directed to employ the firm of Kurtzman Carson Consultants ("KCC") as noticing, claims and balloting agent to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Officers are hereby authorized and directed to execute appropriate retention and

agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of KCC.

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the foregoing Resolutions done in the name of and on behalf of the Corporation, which would have been approved by the foregoing Resolutions, are hereby in all respects approved and ratified.

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent of the majority of the Board of Directors of the Corporation and Unanimous Written Consent of all the Voting Shareholders as of the date first written above.

DIRECTORS:

_____
R. Peter Washington, Director

_____
Margaret C. Ciszewski, Director

_____
Matthew P. Washington, Director

_____
Christopher J. Washington, Director