# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re<br><br>LYON WORKSPACE PRODUCTS, L.L.C., *et al.*[1],<br><br>Debtor. | Chapter 11<br><br>Case No. 13-2100<br><br>Jointly Administered<br><br>Honorable Janet S. Baer |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Monday, August 4, 2014 at 9:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Janet S. Baer, or any judge sitting in her stead, in Room 615 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present **THE FINAL APPLICATION OF DANIEL A. ZAZOVE, KATHLEEN STETSKO AND THE PARTNERS, ASSOCIATES AND PARA-PROFESSIONALS OF PERKINS COIE, LLP FOR THE ALLOWANCE OF COMPENSATION AND EXPENSE REIMBURSEMENT,** a copy of which has been served upon you.

Respectfully submitted,

PERKINS COIE LLP

By: s/ Daniel A. Zazove
    One of the Attorneys for the Debtors

Daniel A. Zazove, ARDC No. 3104117
Kathleen A. Stetsko, ARDC No. 6297704
Charles R. Gibbs, ARDC No. 6309075
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
312.324.8400

---

[1] The other Debtors in these jointly administered chapter 11 cases are Pride Metals L.L.C., Sycamore Systems, L.L.C., Paris Metal Products, L.L.C., Durand Products, L.L.C., L&D Group, Inc., Miller Global Solutions, L.L.C., and Lyon Workspace Products, Inc.

63897-0002/LEGAL122502446.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re<br><br>LYON WORKSPACE PRODUCTS, L.L.C., *et al.*[1],<br><br>Debtor. | Chapter 11<br><br>Case No. 13-2100<br><br>Jointly Administered<br><br>Honorable Janet S. Baer |

**SUMMARY COVER SHEET FOR FINAL APPLICATION OF
DANIEL A. ZAZOVE, KATHLEEN A. STETSKO AND THE PARTNERS,
ASSOCIATES AND PARA-PROFESSIONALS OF PERKINS COIE LLP
FOR ALLOWANCE AND PAYMENT OF COMPENSATION**

A.  Name of Applicant:  Perkins Coie LLP.

B.  Authorized to Provide Professional Services to:  Lyon Workspace Products, L.L.C. and its co-Debtors.

C.  Date of entry of Order of Retention:  February 12, 2013 [*Docket No.* 80]

D.  Period for Which Compensation and Reimbursement Is Sought:  January 19, 2013 to June 30, 2014.

E.  Amount of Compensation Sought as Actual, Reasonable and Necessary:  $655,534.33, inclusive of prior awarded amounts

F.  Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:  $16,091.60, inclusive of prior awarded amounts

G.  This is a:  Final fee application.

H.  The Dates and Amounts of Previous Interim Compensation Allowed are:

   July 19, 2013         $406,904.33
   February 6, 2014      $196,171.00

                                        Respectfully submitted,

                                        PERKINS COIE, LLP

                                        By: /s/ Daniel A. Zazove
                                            One of the Attorneys for the Debtors

---

[1] The other Debtors in these jointly administered chapter 11 cases are Pride Metals L.L.C., Sycamore Systems, L.L.C., Paris Metal Products, L.L.C., Durand Products, L.L.C., L&D Group, Inc., Miller Global Solutions, L.L.C., and Lyon Workspace Products, Inc.

Daniel A. Zazove, ARDC No. 3104117
Kathleen A. Stetsko, ARDC No. 6297704
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
312.324.8400

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re<br><br>LYON WORKSPACE PRODUCTS, L.L.C., *et al.*[1],<br><br>Debtor. | Chapter 11<br><br>Case No. 13-2100<br><br>Jointly Administered<br><br>Honorable Janet S. Baer |

**THE FINAL APPLICATION OF DANIEL A. ZAZOVE, KATHLEEN STETSKO AND THE PARTNERS, ASSOCIATES AND PARA-PROFESSIONALS OF PERKINS COIE, LLP FOR THE ALLOWANCE OF COMPENSATION AND EXPENSE REIMBURSEMENT**

1. Daniel Zazove, Kathleen Stetsko and the partners, associates and para-professionals of Perkins Coie, LLP (collectively "Perkins Coie") submit their final application for allowance of final compensation in the amount of $655,534.33 for 1,323.5 hours of services rendered to the Debtor, Lyon Workspace Products, L.L.C. and its seven affiliates, between the dates of January 19, 2013 and June 30, 2014. Perkins Coie also seeks final allowance of its out-of-pocket expenses in the aggregate amount of $16,091.60 during the same time period. These amounts include $52,459.00 in fees for services and $350.94 in expenses for the period subsequent to Perkins Coie's Second Interim Application.

2. Perkins Coie filed two interim applications for allowance of compensation in the amounts of $408,771 and $196,171.00. *See* Docket Nos. 254 and 439, incorporated herein by reference. The Court allowed Perkins first and second interim application in the aggregate amount of $616,039.80 *See* Docket Nos. 312 and 455.

3. Subsequent to the period covered by its Second Interim Application, Perkins Coie

---

[1] The other Debtors in these jointly administered chapter 11 cases are Pride Metals L.L.C., Sycamore Systems, L.L.C., Paris Metal Products, L.L.C., Durand Products, L.L.C., L&D Group, Inc., Miller Global Solutions, L.L.C., and Lyon Workspace Products, Inc.

63897-0002/LEGAL122502446.1

continued to file monthly statements of compensation and expense reimbursement as follows:

| MONTH | TOTAL COMPENSATION REQUESTED | REIMBURSABLE EXPENSES |
|---|---|---|
| December 2013 | $9,714.00 | $350.94 |
| January 2014 | $9,349.00 | $0.00 |
| February 2014 | $8,769.00 | $0.00 |
| March 2014 | $12,867.00 | $0.00 |
| April 2014 | $3,198.00 | $0.00 |
| May 2014 | $3,636.00 | $0.00 |
| June 2014 | $4,926.00 | $0.00 |
|  | $52,459.00 | $350.94 |

4.By this Final Application Perkins Coie seeks the final allowance of the interim compensation previously awarded by the Court for the period January 19, 2013 through November 30, 2013 in the aggregate amount of $603,075.33 and reimbursement for out-of-pocket expenses in the aggregate amount of $15,740.66 for that period; the final allowance of compensation for the period December 1, 2013 through June 30, 2014 in the amount of $52,459.00 and reimbursement of our of pocket expenses aggregating $350.94 for that period, and payment by the Plan Trustee of amounts not previously paid.

5.In the narrative portion of its First and Second Interim Compensation Applications Perkins Coie set forth its accomplishments in the Debtors' reorganization cases (i.e. the going concern sale of substantially all assets for $32 Million, the buyer's assumption of $5 Million of administrative and priority claims, the consensual takeover of the defined benefit plan, the agreed termination of the collective bargaining agreement, the withdrawal of more than $3 Million of asserted tax and 503(b)(9) claims) and incorporates those statements in this Motion.

6.In the final stage of these reorganization cases Perkins Coie facilitated the Creditors' Committee's objective of proposing and confirming a liquidating Chapter 11 plan

2

which may possibly provide a distribution, albeit modest, for general unsecured claimants. In consideration of the few available resources to pursue that objective, Perkins Coie incurred less than $55,000 in requested compensation and expense reimbursement over the last seven months. Indeed, the total amount of fees incurred by Perkins Coie from the Petition Date is only $656,000, approximately 2% of the amounts recovered by creditors.

**NATURE AND EXTENT OF THE SERVICES RENDERED AND COSTS INCURRED**

7. To assist the court parties in interest in evaluation Perkins Coie's fee request for the period of December 1, 2013 through June 30, 2014, Perkins Coie has allocated its time to seven separate categories: (1) Routine Administration of the Bankruptcy Cases, (2) Completion of the Going-Concern Asset Sale; (3) Claim Disputes and Allowance; (4) Plan of Reorganization and Disclosure Statement; (5) Court Appearances; (6) Retention and Payment of Professionals; (7) Employee Benefits and Retirement. Statements of services for the period from December 1, 2013 through June 30, 2014 are attached to this Motion as Group Exhibit A.

*Routine Administration*

8. During the seven months between December 1, 2013 and June 30, 2014, Perkins Coie professionals devoted 13.3 hours to the administration of the Debtors' Bankruptcy Case for which it requests compensation in the amount of $5,187.00. Services in this category include the post-sale dismissal of the no-asset Debtor Cases, payment of U.S. Trustees fees, arranging for the final tax returns and preparation and filing of the Debtor's monthly operating reports.

| Hours and Compensation Requested for Routine Administration | | | |
|---|---|---|---|
| **PROFESSIONAL/POSITION** | **HOURS** | **2013-14 RATE** | **FEE** |
| Kathleen A. Stetsko (Associate) | 13.3 | 390.00 | **$5,187.00** |
| **TOTAL** | **13.3** | | **$5,187.00** |

3

63897-0002/LEGAL122502446.1

***Going Concern Sale of Assets***

9.  During the period between December 1, 2013 and June 30, 2014, Perkins Coie professionals devoted only 2.5 hours for a total of $1,167.00 to completion of the § 363 sale of the Debtors' assets.

| Hours and Compensation Requested for Sale of Assets | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | 2013-14 RATE | FEE |
| Daniel A. Zazove (Partner) | .80 | 630.00 | **$ 504.00** |
| Kathleen A. Stetsko (Associate) | 1.70 | 390.00 | **$ 663.00** |
| **TOTAL** | **2.5** | | **$1,167.00** |

***Claim Disputes and Allowance***

10. For the period December 1, 2013 to June 30, 2014, Perkins Coie professionals devoted 8.8 hours for a total compensation request of $3,899.00 to the resolution allowance and disallowance of contested claims asserted against the Debtors. The majority of services in this category were devoted to the resolution of contested administrative and expense claim asserted by YRC and administration of a turnover order relating to the Debtors' claims against the purchaser.

| Hours and Compensation Requested for Claim Disputes and Allowance | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | 2013-14 RATE | FEE |
| Daniel A. Zazove (Partner) | 2.5 | 630.00 | **$1,575.00** |
| Kathleen A. Stetsko (Associate) | 4.5 | 390.00 | **$1,755.00** |
| Charles R. Gibbs (Associate) | 1.8 | 305.00 | **$ 549.00** |
| **TOTAL** | **8.8** | | **$3,879.00** |

***Plan and Disclosure Statement***

11. From December 1, 2013 through June 30, 2014, Perkins Coie professionals devoted 44.0 hours for a total of $22,104 to the review and revision of numerous drafts of the

4

Committee's Plan, Disclosure Statement and Plan Trust, and strategy and analysis regarding the best method to conclude and resolve the Debtors' Case's. A Joint Plan was proposed by the Debtors and the Committee on March 19, 2014 and confirmed by the Bankruptcy Court on May 20, 2014.

| Hours and Compensation Requested for Plan and Disclosure Statement | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | 2013-14 RATE | FEE |
| Daniel A. Zazove (Partner) | 20.60 | 630.00 | **$12,978.00** |
| Kathleen A. Stetsko (Associate) | 23.40 | 390.00 | **$9,126.00** |
| **TOTAL** | **44.0** | | **$22,104.00** |

*Court Appearances*

12. During the period between December 1, 2013 and June 30, 2014, Perkins Coie professionals attended court hearings for which it seeks $4,719.00 for 8.90 hours of services.

| Hours and Compensation Requested for Court Appearances | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | 2013-14 RATE | FEE |
| Daniel A. Zazove (Partner) | 5.2 | 630.00 | **$3,276.00** |
| Kathleen A. Stetsko (Associate) | 3.7 | 390.00 | **$1,443.00** |
| **TOTAL** | **8.9** | | **$4,719.00** |

*Retention and Payment of Professionals*

13. From December 1, 2013 through June 30, 2014, Perkins Coie professionals devoted 34.5 hours, totaling $14,843.00 to the retention and payment of professionals, retained by the debtors and the Committee. This category includes significant time related to possible retention of accountants to create the Debtors' 2013 tax returns and extensions for the same and devoted to the preparation and prosecution of Perkins Coie's Second Interim Application editing and submitting of monthly statements of services from December 2013 through June of 2014 and

5

the preparation of this final fee application.

| Hours and Compensation Requested for Retention and Payment of Professionals | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | 2013-14 RATE | FEE |
| Daniel A. Zazove (Partner) | 16.9 | 630.00 | **$10,647.00** |
| Kathleen A. Stetsko (Associate) | 6.0 | 390.00 | **$2,340.00** |
| Michael Kupka | 11.6 | 160.00 | **$1,856.00** |
| **TOTAL** | **34.5** | | **$14,843.00** |

*Employment Benefits and Retirement*

14. During the period between December 1, 2013 through June 30, 2014, Perkins Coie professionals expended 1.2 hours, totaling $560.00 to the consummation of the union severance agreement.

| Hours and Compensation Requested for Employment Benefits and Retirement | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | 2013-14 RATE | FEE |
| Daniel A. Zazove (Partner) | 0.3 | 630.00 | **$ 189.00** |
| Kathleen A. Stetsko (Associate) | 0.7 | 390.00 | **$ 273.00** |
| Craig T. Boggs (Partner) | 0.2 | 490.00 | **$ 98.00** |
| **TOTAL** | **1.20** | | **$560.00** |

*Reimbursement for Out-of-Pocket Costs*

15. In addition to an award of interim compensation, Perkins Coie seeks reimbursement for its out-of-pocket costs advanced on the Debtor's behalf in the aggregate amount of $350.94. Expenses include internal photocopy charges of $330.00 at 10-cents per page and computer research of $20.94.

## BIOGRAPHICAL INFORMATION

16. The biographical profiles of Daniel A. Zazove and Kathleen A. Stetsko are included with the prior interim applications filed with the court. *See* Docket Nos. 254 and 439.

6

**REASONABLENESS OF COMPENSATION AND BENEFIT TO THE DEBTOR'S ESTATE**

17. As indicated earlier in this Final Application, the aggregate amount of applied for compensation, $656,000 requested by Perkins Coie is approximately 2% of the $28 Million distributed to secured, administrative and unsecured priority claimants in these bankruptcy cases, well within or under any reasonableness standard. In addition to arranging for the sale of the Debtors' assets and assisting with the confirmation of a liquidating plan, Perkin Coie was instrumental in the preservation of the Debtors' business and the continued employment of its workforce. Although any distribution to general unsecured creditors will likely be insubstantial due to the large amount of secured and unsecured debt accumulated by the Debtors prior to the commencement of their bankruptcy cases, the trade vendors have retained an ongoing viable customer and the community has retained a solid employer. Under these circumstances, Perkins Coie submits an allowance of final compensation and expense reimbursement is justified and appropriate.

**NOTICE**

18. In accordance with the Interim Compensation Order, twenty-one days' notice of this Application has been given to: (a) the Debtors; (b) counsel to the Debtors; (c) counsel to the Committee; (d) counsel to the secured lender; and (e) the office of the United States Trustee. In light of the nature of the relief requested, Perkins Coie submits that no further notice is required.

**WHEREFORE,** Perkins Coie prays for the entry of an order**:**

    a. Allowing final compensation in the amount of final compensation in the amount of $655,534.33 for 1,323.5 hours of services rendered to the Debtors between January 19, 2013 and June 30, 2014, inclusive;

    b. For a final award of expense reimbursement of $16,091.60 for out-of-pocket costs advanced on behalf of the Debtors between January 19, 2013 and June 30, 2014, inclusive;

    c.      For an order allowing the Plan Trustee to pay Perkins Coie the previously unpaid amounts from the available funds of the Plan Trust; and

    d.      For such other and further relief as is just.

Respectfully submitted,

PERKINS COIE LLP

By: /s/ Daniel A. Zazove
       One of the Attorneys for the Debtors

Daniel A. Zazove, ARDC No. 3104117
Kathleen A. Stetsko, ARDC No. 6297704
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
312.324.8400

8

## *CERTIFICATE OF SERVICE*

Daniel A. Zazove, an attorney, hereby certifies that he caused a copy of **THE FINAL APPLICATION OF DANIEL A. ZAZOVE, KATHLEEN STETSKO AND THE PARTNERS, ASSOCIATES AND PARA-PROFESSIONALS OF PERKINS COIE, LLP FOR THE ALLOWANCE OF COMPENSATION AND EXPENSE REIMBURSEMENT**, to be served on all parties requesting ECF notice on July 3, 2014 before the hour of 5:00 p.m.

By: s/ Daniel A. Zazove
PERKINS COIE LLP
Daniel A. Zazove (ARDC 3104117)
Kathleen A. Stetsko (ARDC 6297704)
dzazove@perkinscoie.com
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
312.324.8400

*Counsel to the Debtors*

9