Case 13-02100   Doc 675   Filed 09/26/14   Entered 09/26/14 14:35:36   Desc Main
                                  Document      Page 1 of 4


**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| LYON WORKSPACE PRODUCTS, L.L.C., *et al.*[1], | Case No. 13-2100 |
| Debtor. | Jointly Administered |
| | Honorable Janet S. Baer |

**FOURTH AND FINAL FEE STATEMENT OF FOCUS MANAGEMENT GROUP USA INC FOR COMPENSATION OF CHIEF RESTRUCTURING OFFICER AND RELATED RESTRUCTURING MANAGEMENT SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO DEBTOR FOR THE PERIOD MAY 4, 2014 THROUGH JULY 14, 2014**

| | |
|---|---|
| Name of Applicant: | Focus Management Group USA Inc. |
| Authorized to Provide Professional Services to: | Lyon Workspace Products, L.L.C., et al. |
| Date of Retention February 20, 2013: | Nunc Pro Tunc: January 19, 2013 [Dkt. 86] |
| Period for which compensation and Reimbursement is sought: | May 4, 2014 through July 14, 2014 |
| Amount of Compensation sought as actual, reasonable and necessary: | $13,790.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $544.90 |

This is Focus fourth and final fee statement in this case.

---

[1] The other Debtors in these jointly administered chapter 11 cases are Pride Metals L.L.C., Sycamore Systems, L.L.C., Paris Metal Products, L.L.C., Durand Products, L.L.C., L&D Group, Inc., Miller Global Solutions, L.L.C., and Lyon Workspace Products, Inc.

-2-

Dated: September 29, 2014                        FOCUS MANAGEMENT GROUP USA INC.


                                                 By: /s/ Michael J Doland
                                                     Chief Operating Officer

Focus Management Group USA Inc.
5001 West Lemon Street
Tampa, FL 33609
813-281-0062

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re<br><br>LYON WORKSPACE PRODUCTS, L.L.C., *et al.*[1],<br><br>Debtor. | Chapter 11<br><br>Case No. 13-2100<br><br>Jointly Administered<br><br>Honorable Janet S. Baer |

**SUMMARY OF PROFESSIONALS
FOCUS MANAGEMENT GROUP USA, INC. FOR THE PERIOD FROM
MAY 4, 2014 THROUGH JULY 14, 2014**

| Name | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| J Tim Pruban | Managing Director | $450.00 | 0.0 | $0.00 |
| Robert Wanat | Chief Restructuring | $350.00 | 36.2 | $12,670.00 |
| Vlad Altmark | Restructuring Manager | $300.00 | 1.4 | $420.00 |
| Michael Doland | Focus COO | $350.00 | 2.0 | $700.00 |
| **GRAND TOTAL** | | | **39.6** | **$13,790.00** |

**SUMMARY OF WEEK STATEMENTS SUBMITTED
MAY 4, 2014 THROUGH JULY 14, 2014**

| | | Requested | | Paid | | Date |
|---|---|---|---|---|---|---|
| Date Submitted | Week ended | Fees | Expenses | Fees | Expenses | Paid (a) |
| 5/12/2014 | 5/10/2014 | $805.00 | $25.30 | $805.00 | $25.30 | 5/12/2014 |
| 5/19/2014 | 5/17/2014 | $1,780.00 | $73.48 | $1,780.00 | $73.48 | 5/19/2014 |
| 5/27/2014 | 5/24/2014 | $2,905.00 | $165.88 | $2,905.00 | $165.88 | 5/27/2014 |
| 5/31/2014 | 5/31/2014 | $1,365.00 | $31.35 | $1,365.00 | $31.35 | 5/31/2014 |
| 6/9/2014 | 6/7/2014 | $2,415.00 | $31.90 | $2,415.00 | $31.90 | 6/9/2014 |
| 6/16/2014 | 6/14/2014 | $1,475.00 | $30.80 | $1,475.00 | $30.80 | 6/16/2014 |
| 6/23/2014 | 6/21/2014 | $490.00 | $19.80 | $490.00 | $19.80 | 6/23/2014 |

---

[1] The other Debtors in these jointly administered chapter 11 cases are Pride Metals L.L.C., Sycamore Systems, L.L.C., Paris Metal Products, L.L.C., Durand Products, L.L.C., L&D Group, Inc., Miller Global Solutions, L.L.C., and Lyon Workspace Products, Inc.

-2-

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/30/2014 | 6/28/2014 | $2,030.00 | $110.44 | $2,030.00 | $110.44 | 6/30/2014 |
| 7/7/2014 | 7/5/2014 | $385.00 | $20.90 | $385.00 | $20.90 | 7/7/2014 |
| 7/14/2014 | 7/12/2014 | $140.00 | $35.05 | $140.00 | $35.05 | 7/14/2014 |
| | Total | $13,790.00 | $ 544.90 | $13,790.00 | $ 544.90 | |

(a) Payment was applied from retainer. The amount of Retainer on the date of retention was $93,140.31. The amount of the retainer after applying the First, Second and Third Fee Statements was $18,588.45. The Balance after applying payments through the week ended 7/12/2014 is $4,253.55

### EXPENSE SUMMARY FOR THE PERIOD FROM
### MAY 4, 2014 THROUGH JULY 14, 2014

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Postage | | $31.09 |
| Office Supplies | | $45.00 |
| Travel | | $258.00 |
| Meals | | $0.00 |
| Reproduction/Doc Mgmt | | $10.00 |
| Communications | | $153.00 |
| Admin Fee | | $27.20 |
| **TOTAL** | | **$ 524.29** |