## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Lyon Workspace Products, LLC, *et al.*[1] | ) Case No. 13-2100 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Honorable Janet S. Baer |
| | ) |
| | ) Hearing: September 26, 2017 at 9:30 a.m. |

### NOTICE OF LIQUIDATING TRUSTEE'S FINAL REPORT AND MOTION FOR ENTRY OF A FINAL DECREE

To: See accompanying Certificate of Service list

*Please take notice* that on September 26, 2017, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Janet S. Baer, or any other judge sitting in her stead, in Courtroom 615 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and will present the *Liquidating Trustee's Final Report and Motion for Entry of a Final Decree* (the "*Motion*"). At the hearing you may appear and be heard.

Copies of the Motion can be found on the following website: http://www.kccllc.net/lyonworkspace or by contacting the attorneys listed below.

### Objections

**If you disagree with the relief requested in the Motion, you must file a response and serve it so that it is actually received by no later than 4:00 p.m. (Prevailing Central Time) on September 22, 2017.** Your objection, if any, to the Motion must (a) be in writing, (b) conform to the Bankruptcy Rules and the Local Rules, (c) be filed with the Bankruptcy Court, and (d) be served upon counsel to the Liquidating Trustee, Sugar Felsenthal Grais & Hammer LLP, 30 N. LaSalle St., Ste. 3000, Chicago, Illinois 60602 (Attn: Aaron L. Hammer and Michael A. Brandess) so as to be received by no later than 4:00 p.m. (Prevailing Central Time) on September 22, 2017**.**

---

[1] The Debtors in these jointly administered chapter 11 cases were originally Pride Metals L.L.C., Sycamore Systems, L.L.C., Paris Metal Products, L.L.C., Durand Products, L.L.C., L&D Group, Inc., Miller Global Solutions, L.L.C., and Lyon Workspace Products, Inc.

## Distributions

In total, the Liquidating Trustee has distributed $1,911,835.08 as of the date of this Motion. Distributions made include payment of allowed administrative, priority, and general unsecured claims, post-confirmation fees and costs, including the payment of necessary professional and non-professional fees and expenses incurred by the Liquidating Trustee in connection with his preservation and liquidation of Liquidating Trust Assets, and United States Trustee quarterly fees. Below is a summary of distributions made by the Estates, by class.

| Class | Constituency | Total Distribution Percentage of Allowed Claims | Total Payout |
|---|---|---|---|
| Unclassified | Allowed Administrative Claims, U.S. Trustee Quarterly Fees and Professional and Non-Professional fees and expenses incurred by the Liquidating Trustee | 100% | $1,687,571.03 |
| Unclassified | Priority Claims | 100% | $4,300.00 |
| 1 | Other Secured Claims | N/A | $0.00 |
| 2 | LWP Reimbursement Claim | 100% | $100,000.00 |
| 3 | General Unsecured Claims | .66% | $119,964.05 |
| 4 | Equity Security Interests | 0% | $0.00 |

Distributions to holders of allowed Claims and Interests have been made in accordance with the Plan.

## Notice

Notice of the Motion has been given to (a) the Office of the U.S. Trustee for the Northern District of Illinois; (b) all creditors; and (c) those parties that have requested notice in this Case pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, the Liquidating Trustee submits that no further notice is necessary or required.

| | |
|---|---|
| Date: August 22, 2017 | Respectfully submitted:<br><br>*Norman Newman, as Liquidating Trustee of the Lyon Workspace Products Liquidating Trust*<br><br>By: /s/ Aaron L. Hammer<br>One of Its Attorneys<br><br>Aaron L. Hammer, Esq. (6243069)<br>Michael A. Brandess, Esq. (6299158)<br>**SUGAR FELSENTHAL GRAIS & HAMMER LLP**<br>30 N. LaSalle St., Ste. 3000<br>Chicago, Illinois 60602<br>Telephone: 312.704.9400<br>Facsimile: 312.372.7951 |