UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-2100 |
| Lyon Workspace Products, LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Final Decree**

This cause came before the Court on the motion (the "Motion") of Norman B. Newman, as Liquidating Trustee for the Lyon Workspace Products Liquidating Trust (the "Liquidating Trustee"), for an order granting a final decree and closing these chapter 11 cases pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022; and the Court having reviewed the Motion and considered any arguments made in support or opposition to the Motion; and the Court having determined the Liquidating Trustee has fulfilled his obligations under the Plan confirmed in these cases and therefore that the relief requested in the Motion is in the best interests of the estates and its parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record made herein; and after due deliberation; and good and sufficient cause for approval of the requested relief appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. The Wind-Down Reserve is approved.

3. Following the entry of this Order, Kurtzman Carson Consultants LLC ("KCC") shall be terminated as claims, noticing and balloting agent for the Debtors and the Liquidating Trustee, but shall remain responsible for:

   (a)  forwarding to the United States Bankruptcy Court, Northern District of IL – Eastern Division, 219 S. Dearborn, Chicago, IL 60604 (the "Clerk of Court"), in the prescribed form and format, (a) all claims and updated claims register, (b) a compact disc of all imaged claims, and (c) an excel spreadsheet containing all claims information, along with an updated mailing list. KCC will box and deliver all original claims to the Clerk of Court;

   (b)  By no later than December 1, 2017: (i) canceling all outstanding and uncashed checks to holders of general unsecured claims; and (ii) sending a check made payable to the Clerk of Court for the total amount of unclaimed funds (the "Unclaimed Funds").  The Unclaimed Funds check will include the Debtors' case number and will be accompanied by an excel spreadsheet including the names, addresses and distribution amounts for each claimant of Unclaimed Funds; and

   (c) preparing and issuing certain post-case closing tax reports for recipients of distributions made by the Liquidating Trustee.

4. Following the final distribution to creditors as contemplated in the Wind-Down Reserve, the Liquidating Trustee is deemed to have fulfilled his obligations under the Plan and is released from his duties and obligations as Liquidating Trustee under the Plan.

5. Adequate notice of the relief sought in the Motion has been given and no further notice is required.

6. The bankruptcy cases of Lyon Workspace Products, LLC, et al., jointly administered under case number 13 B 2100, are hereby closed.

7. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  September 26, 2017

**Prepared by:**

Aaron L. Hammer, Esq. (6243069)
Michael A. Brandess, Esq. (6299158)
Sugar Felsenthal Grais & Hammer LLP
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Telephone: 312.704.9400
Facsimile: 312.372.7951